IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
3:20-cv-00420-WCM

| | | |
|---|---|---|
| TONI COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW SAUL, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the following:

1. Plaintiff's Motion for Summary Judgment (Doc. 15); and

2. The Commissioner's "Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" (the "Motion to Remand," Doc. 18).[1]

Under Sentence Four of 42 U.S.C. § 405(g), the Court has the authority "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." See Shalala v. Schaefer, 509 U.S. 292, 299, 113 S.Ct. 2625, 2630-31, 125 L.Ed.2d 239 (1993).

---

[1] This matter has been referred to the undersigned for any and all proceedings, including entry of a final judgment. Docs. 13 & 14.

1

Here, the Commissioner asks this Court to "enter a judgment remanding the case to the Commissioner for payment of benefits as of Plaintiff's 55th birthday under sentence four of 42 U.S.C. § 405(g)" and represents that Plaintiff's counsel consents to the motion. Doc. 18 at 1.

**IT IS THEREFORE ORDERED THAT**:

1. The Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 18) is **GRANTED**, the Commissioner's decision is **REVERSED**, and this matter is **REMANDED** for the payment of benefits as of Plaintiff's 55th birthday pursuant to Sentence Four of 42 U.S.C. § 405(g); and

2. Plaintiff's Motion for Summary Judgment (Doc. 15) is **DENIED AS MOOT**.

Signed: July 2, 2021

W. Carleton Metcalf
United States Magistrate Judge